Matthew G. Jacobs (SBN 122066)
Erik P. Khoobyarian (SBN 226749)
Downey Brand LLP
555 Capitol Mall, 10th Flr.
Sacramento, CA 95814-4686
Tel. (916) 444-1000



FILED

JUL - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE THE MATTER OF THE SEARCH OF:
5191 64th Street
Sacramento, CA 95820

                    v.

Plaintiff(s)

Defendant(s)

CASE NUMBER:

SW 04-0236 GGH

**SUBSTITUTION OF ATTORNEY**

---

Iosif Caza
_Name of Party_

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  DLA Piper Rudnick Gray Cary LLP  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   400 Capitol Mall, Ste. 2400
                                                                _Street Address_

Sacramento, CA 95814        (916) 930-3200    (916) 930-3201       122066
_City, State, Zip Code_      _Telephone Number_  _Facsimile Number_  _State Bar Number_

as attorney of record in the place and stead of  Downey Brand LLP
                                                  _Present Attorney_

Dated:  June  24 , 2005                    _/s/ Iosif Caza_
                                           _Signature of Party_
                                           Iosif Caza

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: June  24 , 2005                     _/s/ Rhonda Canby_
                                           _Signature of Present Attorney_
                                           RHONDA C. CANBY
                                           Downey Brand LLP

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: June 24, 2005                       _/s/ Matthew G. Jacobs_
                                           _Signature of New Attorney_
                                           MATTHEW G. JACOBS
                                           DLA Piper Rudnick Gray Cary LLP

---

Substitution of Attorney is hereby  [X] Approved.   [ ] Denied.

Dated:  July 1, 2005                       _/s/ Gregory G. Hollows_
                                           GREGORY G. HOLLOWS
                                           United States District Judge / Magistrate Judge

---

NOTICE TO COUNSEL:  If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address.  This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                G-01